# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2015

149523

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SIMON JOSEPH AGUILAR,
      Defendant-Appellant.

SC: 149523
COA: 308066
Kent CC: 11-003416-FC

_____/

On order of the Court, the application for leave to appeal the April 29, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2015 _____



p0323

Clerk